In the Matter of the PORT OF NEW YORK AUTHORITY, Petitioner, to Acquire Title to Lands in the Borough of Manhattan, for the Construction of PORT AUTHORITY UNION TERMINAL FREIGHT STATION No. 2. WOODBURY G. LANGDON COMPANY, INC., et al., Defendants; LOUIS MARKUS, Appellant; HORNI SIGNAL MANUFACTURING CORPORATION, Debtor in Reorganization, et al., Respondents.

Submitted July 2, 1947; decided July 2, 1947.

*Charles Lamb, William A. Lamb* and *Martin Kingsley* for motion.

*Truman H. Luhrman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that it was not made within the time prescribed by subdivision 3 of section 592 of the Civil Practice Act.